UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL GARDENS PROPERTIES AND INVESTMENTS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANNETTE HAUGA-EL, HELEN M. ANDERSON,<br><br>　　　　Defendant. | No. C10-5420 BZ<br><br>**ORDER FOR REASSIGNMENT** |

　　In view of the Report and Recommendation dated **December 10, 2010**, the clerk shall **REASSIGN** the above-captioned case immediately to a district judge.

Dated: December 10, 2010

　　　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\ROYAL GARDENS V. HAUGA-EL\REASSIGNMENT.ORD.wpd

1