United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL GARDENS PROPERTIES AND INVESTMENTS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>HELEN M. ANDERSON, et al.,<br><br>    Defendants.<br>_____/ | No. C 10-05420 CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE TO STATE COURT** |

    The Court has reviewed Magistrate Judge Zimmerman's Report and Recommendation. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, this matter is REMANDED to state court.

    **IT IS SO ORDERED.**

Dated: December 17, 2010

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\5420\Order adopting R&R.wpd