UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| ANNETTE HAUGA-EL, | No. C 11-04091 MEJ |
| Plaintiff, | **ORDER OF REFERRAL** |
| v. | |
| ROYAL GARDENS PROPERTY AND INVESTMENTS LLC, et al. | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), this matter is referred to the Honorable Charles R. Breyer for the purpose of considering whether it is related to the following case:

3:10-cv-05420-CRB, *Royal Gardens Properties and Investments LLC v. Hauga-El, et al.*

**IT IS SO ORDERED.**

Dated: August 23, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge